IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                    CRIMINAL NO.: 3:12-cr-118-CWR-ASH-2

SCOTTLAND R. STEWART

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this Court after appropriate inquiry that he requests appointment of counsel and is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this the 12th day of July 2024.

_____
United States Magistrate Judge

[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, JUL 12 2024, ARTHUR JOHNSTON, By _____ DEPUTY]