IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 12 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:12-cr-118-CWR-ASH-2

SCOTTLAND R. STEWART

## WAIVER OF DETENTION HEARING

The Defendant, being fully advised by counsel of his right to a detention hearing, hereby waives same at this time without prejudice as to his right to request a hearing if conditions or circumstances change.

Signed July 12, 2024.

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT