IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:12-cr-118-CWR-ASH-1

SCOTTLAND R. STEWART

## TEMPORARY DETENTION ORDER

The above-named defendant appeared before the Court for an initial appearance on this date on the Petition for Warrant or Summons for Offender Under Supervision. The Government moved for detention and the defendant waived any hearings herein until the revocation hearing set before District Judge Carlton W. Reeves. Defendant should therefore be held pending the revocation hearing.

IT IS, THEREFORE, ORDERED that defendant is remanded to the custody of the U.S. Marshals Service until such hearing.

ORDERED this the 12th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE