IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:12CR118-CWR-ASH

SCOTTLAND R. STEWART

## ENTRY OF APPEARANCE

COMES NOW, Carmen Castilla, Research & Writing Specialist, and enters her appearance as counsel for Scottland R. Stewart.

This the 15th day of July, 2024.

Respectfully submitted,

BY:   *s/ Carmen Castilla*
Research & Writing Specialist
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
*carmen_castilla@fd.org*

## CERTIFICATE OF SERVICE

I, Carmen Castilla, hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to all attorneys of record.

This the 15th day of July, 2024.

*s/ Carmen Castilla*
Research & Writing Specialist