IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA     Plaintiff

v.     Criminal No. 3:12-cr-00118-CWR-ASH-002

SCOTLAND R. STEWART     Defendant

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Please take notice that the undersigned hereby enters his appearance for the United States of America:

**CLAY B. BALDWIN,** Assistant United States Attorney
501 East Court Street, Suite 4.430, Jackson, Mississippi  39201
Clay.Baldwin@usdoj.gov
Telephone No.: (601) 965-4480
Facsimile No.: (601) 965-4035
Mississippi Bar No.: 103478

Service of all pleadings, papers, and documents required to be served in this action on the United States of America should also be served on the above-named appearing counsel.

July 17, 2024     Respectfully submitted,

    TODD W. GEE
    United States Attorney

    By:    CLAY B. BALDWIN (MSB 103478)
           Assistant United States Attorney
           501 East Court Street, Suite 4.430
           Jackson, MS 39201
           Telephone:  (601) 965-4480
           Fax:  (601) 965-4035
           Email:  clay.baldwin@usdoj.gov

## CERTIFICATE OF SERVICE

I, Clay B. Baldwin, Assistant United States Attorney, do hereby certify on this day, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

*s/ Clay B. Baldwin*
CLAY B. BALDWIN (MSB 103478)
Assistant United States Attorney