AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED** By US MARSHALS at 8:15 am, Jul 24, 2023

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Scottland R. Stewart a/k/a Mookie J (Wherever Found) | ) ) ) ) ) | Case No. 3:12cr118CWR-FKB |
| Defendant | | |

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL 17 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Scottland R. Stewart a/k/a Mookie J

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violated conditions of his supervised release.

Date: 07/21/2023

ARTHUR JOHNSTON, CLERK

*Issuing officer's signature*

City and state: Jackson, Mississippi

C. Louisville, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/21/23, and the person was arrested on *(date)* 7/12/24
at *(city and state)* Jackson, MS.

Date: 7/12/24

*Arresting officer's signature*

J. Blakely  DUSM
*Printed name and title*