UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                               CRIMINAL ACTION NO.: 3:12cr118CWR-ASH-2

SCOTTLAND R. STEWART                                                                      DEFENDANT

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | SPONSOR | ID | EVID |
|---|---|---|---|---|
| G-1 | Scott County, MS Sheriff's Office Incident Report | J. Holmes | | 08/30/2024 |
| G-2 | Photographs | J. Holmes | | 08/30/2024 |