Case 3:12-cr-00118-CWR-ASH   Document 515-1   Filed 09/05/24   Page 1 of 4

```
**INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY.**
TIME RECEIVED                         REMOTE CSID        DURATION    PAGES    STATUS
November 16, 2023 at 3:10:56 PM CST                      176         3        Received
```

Nov 16 2023 04:03PM  HP Fax                         page 1

# Incident

Page 1

**SHERIFF MIKE LEE**
**SCOTT COUNTY SHERIFF'S OFFICE**
530 AIRPORT RD.
FOREST, MS 39074

Incident # **23002140**
Seq **1**

| Beat | Rpt Dist | Type | | | | |
|---|---|---|---|---|---|---|

**Crime / Incident (Primary, Secondary, Tertiary)**
41-29-139WI Drug-Poss Cntrld Subst (Specify) w/Intent to Sell

| Attempt | Occurred | Date | Time | Day |
|---|---|---|---|---|
| | On or From | 09/09/2023 | 21:09 | Sat |
| | To | 09/09/2023 | | Sat |
| | Reported | 09/09/2023 | 21:09 | Sat |

**Location of Incident** 9575 Hyw 21, Forest, MS
**Cross Street** 9575 Hyw 21
**County** 01

| Dispo | "V" = Victim | "RP" = Reporting Party | "W" = Witness | "S" = Suspect | "O" = Other |
|---|---|---|---|---|---|

| Dispo | Last, First, Middle (Firm If Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| V | SOCIETY, SOCIETY | | | | | | | | (601) |

Address: 
DOB: 
DL Number: 
State: MS
Work Phone: (601)

City, State, Zip Code: FOREST  MS  39074
SSN: 
Local ID #: 
State #: 
FBI #: 
Cell Phone: 0

| Dispo | Last, First, Middle (Firm if Business) | Race | Sex | Age | HT | WT | Hair | Eyes | Home Phone |
|---|---|---|---|---|---|---|---|---|---|
| S | STEWART, SCOTTLAND ROCHELLE | B | M | 39 | 6-02 | 170 | BLK | BRO | (601) 536-2373 |

Address: 320 MCBRIDE RD
DOB: 07/03/1984
DL Number: 715987477
State: MS
Work Phone: (601) 000-0000

City, State, Zip Code: LAKE  MS  39092
SSN: 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
Local ID #: 34-248-4
State #: 
FBI #: 
Cell Phone: 0

**Synopsis:** BLACK MALE ON A GREEN BIKE WITH A PURPLE BIKE ON THE HANDEL BARS
caller advises that suspect has been bothering him on his property and is requesting deputies to arrest suspect for trespassing
21:36:52: so-17 made contact with suspect  21:38:25: suspect in custody

SOLVABILITY

Continuation Attached: N
PropertyList Attached: X
Property Damage $: $0.00

UCR: 18PA
Press Release: 
Domestic Violence Case: 

Gang Related: N
Hate Crime: 
Victim Senior Citizen: 

Pursuit: 
Force Used: 
Child Abuse: 

Solvability Points: 0
County Code: 01
Disposition: 

Connecting Case #: 
Report Complete/Ready for Review: X
CAD/CFS Event #: 2309090033

Assigned To: 
Date: 

Officer ID: Josh Holmes  1012
Reviewed By: Brad Ellis
Approved: YES
Date: 10/30/2023




GOVERNMENT EXHIBIT G-1

| SHERIFF MIKE LEE | Page | 3 | | Incident Cont'd |
|---|---|---|---|---|
| SCOTT COUNTY SHERIFF'S... | Narrative | | Incident # | 23002140 |
| Crime / Incident (Primary): 41-29-139WI Drug-Poss Cntrld Subst (Specify) w/Intent to Sell | Attempt | Type | | Seq 1 |

ON THE TIME AND DATE ABOVE SGT. TIMOTHY LLOYD AND MYSELF DEPUTY JOSHUA HOLMES RESPONDED TO 9575 HWY 21 ON THE REPORT OF A BLACK MALE ON A GREEN BIKE THAT WAS TRESPASSING ON THIS PROPERTY.

ONCE DEPUTIES WAS ON SCENE WE SPOKE TO MR. DAVID DAVIS AND HE STATED THERE WAS A BLACK MALE SUBJECT THAT HAD BEEN COMING TO HIS HOME HANGING AROUND AND HE DID NOT WANT HIM THERE. THE MALE SUBJECT LEFT THE RESIDENT ON A GREEN BIKE WITH A SMALLER PURPLE BIKE ON THE HANDLEBARS HEADING EAST ON HAWKINS ROAD.

DEPUTIES THEN LEFT THE RESIDENT HEADING EAST ON HAWKINS RD WENT TO THE END AND TURNED AROUND WHEN HEADING BACK WEST DEPUTIES MADA CONTACT WITH THE MALE SUBJECT ON THE GREEN BIKE THE JUSTJECT WAS ASKED TO STOP WHICH HE DID AND WHEN I WAS GETTING OUT OF MY CAR THE MALE SUBJECT TRIED TO RIDE OFF THATS WHEN SGT LLOYD PLACED HIS PATROL ACROSS THE ROAD WAY STOPPING THE SUBJECT.

WHEN I MADE CONTACT WITH THE SUBJECT HE WAS IDENTIFIED AS SCOTLAND STEWART WHEN I APPROACHED HIM HE WAS EXTREMLEY NERVOUS AND ANXIOUS AND COULD NOT STAND STILL. THE MALE SUBJECT HAD A LONG BLACK HANDLE SCREW DRIVER ON HIS RIGHT HIP THROUGH HIS BELT INTO HIS POCKET AS I WAS REMOVING THE SCREW DRIVER FROM HIS PERSON THE MALE SUBJECT GRABED THE SCREWDRIVER WHILE I DEPUTY HOLMES HAD IT IN MY HAND MR STEWART ASK TOLD TO RELEASE THE SCREWDRIVER WHICH HE DID AND IT WAS PLACED ON THE GROUND NEAR HIS BIKE.

SGT LLOYD THEM BEGAN SEARCHING MR STEWART AND MR STEWART WITH HIS LEFT HAND REACHED INTO THE FRONT OF HIS WAIST LINE AND AT THIS TIME I DEPUTY HOLMES GRABED MR. STEWARTS RIGHT ARM AND MR. STEWART DONE A SPIN MOTION TO HIS LEFT AWAY FROM DEPUTIES AND TOSSED A BLUE AND BLACK OBJECT OVER HIS LEFT SHOULDER MR. STEWART WAS THEN TAKEN TO THE GROUND AND PLACED IN HANDCUFFS.

AFTER MR. STEWART WAS CLEARED OF ALL ITEMS I DEPUTY HOLMES LOCATED THE BLUE AND BLACK TOOL POUCH THAT MR. STEWART HAD TOSSED INSIDE THE POUCH HOLMES FOUND A CLEAR SANDWHICH BAG WITH SIX SMALLER BAGS OF CLEAR ROCK LIKE SUBSTANCE INSIDE.

THE ITEMS THAT MR. STEWART HAD ON HIS PERSON WAS A BLACK CIGARILLO CASE WITH ONE CIGARILLO AND ONE ROLLED BLUNT WITH MARIJUANA INSIDE, AND A BLACK EYE GLASS CASE WITH A METH PIPE AND A SMALL BAG OF MARIJUANA INSIDE.

AFTER ALL EVIDENCE WAS COLLECTED AND BAGGED AND SEALED MR. STEWART WAS READ HIS RIGHTS AND PLACED INTO A PATROL CAR AND TRANSPORTS TO SCOTT COUNTY SHERIFFS OFFICE BY HENRY PARROTT AND BOOK IN FOR POSS. OF CONTROLLED SUBJECT AND A WARRANT. AFTER A CHECK THROUGH NCIC MR. STEWART WAS WANTED BY THE U.S MARSHALS OUT OF JACKSON.

EOR

| Officer ID | Josh Holmes | 1012 | Reviewed By | Brad Ellis | Approved | YES | Date | 10/30/2023 |
|---|---|---|---|---|---|---|---|---|



# SHERIFF MIKE LEE
## SCOTT COUNTY SHERIFF'S OFFI... Property

Page 2

**Incident Cont'd**

Incident # 23002140

Crime / Incident (Primary): 41-29-139WI Drug-Poss Cntrld Subst (Specify) w/Intent to Sell
Attempt: ☐  Type:
Seq: 1

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| 01 | | DRUG | meth | | meth - 0.000 | | K |

Description:
Stolen ☐ Value 0 — Evidence ☒ Value 0
Recovered ☐ Value 0 — Safekeeping ☐ Value 0
Damaged ☐ Value 0
Location Seized:
Owner: — Owner Address: FOREST MS 39074

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| 02 | | DRUG | marijuana | | marijuana - 0.000 | | K |

Description: 1 SMALL BAG OF MARIJUANA AND ONE METH PIPE
Stolen ☐ Value 0 — Evidence ☒ Value 0
Recovered ☐ Value 0 — Safekeeping ☐ Value 0
Damaged ☐ Value 0
Location Seized:
Owner: — Owner Address: FOREST MS 39074

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| 03 | | DRUG | marijuana | | marijuana - 0.000 | | K |

Description: ONE ROLLED BLUNT OF MARIJUANA
Stolen ☐ Value 0 — Evidence ☒ Value 0
Recovered ☐ Value 0 — Safekeeping ☐ Value 0
Damaged ☐ Value 0
Location Seized:
Owner: — Owner Address: FOREST MS 39074

| Item # | Tag # | Article | Brand | Model | Serial No. (or Drug Type) | OAN | UCR |
|---|---|---|---|---|---|---|---|
| 04 | | TOOL PO... | | | | | K |

Description: TOOL POUCH WITH 4 SMALL EMPTY BAGS
Stolen ☐ Value 0 — Evidence ☒ Value 0
Recovered ☐ Value 0 — Safekeeping ☐ Value 0
Damaged ☐ Value 0
Location Seized:
Owner: — Owner Address: FOREST MS 39074

Officer ID: Josh Holmes   1012
Reviewed By: Brad Ellis
Approved: YES   Date: 10/30/2023

EXHIBIT NO. 6-1
CAUSE NO. 3:12cr118CWR-ASH-2
WITNESS Officer Joshua Holmes
CLERK: TWANA SUMMERS

AUG 3 0 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Teri Norten, REPORTER