



EXHIBIT NO. 6-2
CAUSE NO. 3:12cr118CWR-ASH-2
WITNESS Joshua Holmes
CLERK: TWANA SUMMERS

AUG 30 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
Teri Norton REPORTER